# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2534
_____

United States of America

*Plaintiff - Appellee*

v.

Demetrius Demarco Spencer

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: November 29, 2022
Filed: December 2, 2022
[Unpublished]
_____

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Demetrius Spencer appeals the sentence imposed by the district court[1] after a jury convicted him of a firearm offense. Spencer's counsel has moved for leave to

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence.

Upon careful review, we conclude the district court correctly calculated Spencer's United States Sentencing Guidelines Manual ("Guidelines") offense level, *see United States v. Turner*, 781 F.3d 374, 393 (8th Cir. 2015) (reviewing de novo construction and application of the Guidelines), as the district court's finding that the firearm was used in connection with another felony offense was supported by the trial evidence, *see United States v. Carothers*, 337 F.3d 1017, 1019 (8th Cir. 2003) (noting district court's credibility determinations are virtually unreviewable on appeal).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

_____